

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00753-CR

Ralph Jerome **CLEMONS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8942
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 11, 2013.

Sandee Bryan Marion, Justice